# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

**JAN 2 2 2025**

Clerk, U.S. Courts
District of Montana
Helena Division

Case No. _____
*(to be filled in by the Clerk's Office)*

Jason Genaw
───────────────────────
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Officers Cline, Cook, + medical staff.
───────────────────────
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jason Genaw
All other names by which you have been known:
ID Number: 62410-0526
Current Institution: Lewis and Clark County Detention Center
Address: 221 Breckenridge street
Helena, M.T. 59601
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Officer Cline / fired or Quit
Job or Title *(if known)*: correction's officer
Shield Number:
Employer: Lewis and Clark county Detention center
Address:
City / State / Zip Code
[ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Eugine Cook
Job or Title *(if known)*: officer Cook
Shield Number:
Employer: Lewis and Clark detention center
Address: 221 Breckenridge street
Helena, M.T. 59601
City / State / Zip Code
[ ] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Nurse cole
Job or Title (if known): medical staff / Nurse
Shield Number:
Employer: Lewis and clark county detention center
Address: 221 Breckenridge street
Helena                M.T.      59601
City                  State     Zip Code
[ ] Individual capacity   [✓] Official capacity

Defendant No. 4
Name: Nurse ellory
Job or Title (if known): medical staff / Nurse
Shield Number:
Employer: Lewis and clark county detention center
Address: 221 Brecken ridge street
Helena                M.T.      59601
City                  State     Zip Code
[ ] Individual capacity   [✓] Official capacity

II.     **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Like Neurologist statement I have stopped breathing two times at Night and came back to Life resulting in seizure Activity. Being denied medical Appointments that would improve my health due to cost to state. Having constant Lung pain in both Lung's for being deprived of my medication. Over crowded cell's, sleeping on floor for almost 2 months, Not giving my life sustaining medication

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Neumerous Times.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Negligently, Abusively, willFully, Purposefully,

### III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [✓] Other *(explain)*  Awaiting trial from 5-2-24 to 4-18-25 almost a year in violation of my speedy trial rights.

### IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

From 5-11-24 to 6-13-24, my meds were given late or Not at all on purpose, All dates & times are documented to 28 seperate time's until my Neurologist changed my meds to help me.

7-5-24 was Not woke up for my meds, officer belittled me by asking how old I am for Asking for my meds, told me i do Not have Parkinsons meds and locked me down.

C. What date and approximate time did the events giving rise to your claim(s) occur?

from 5-11-24 to 10-29-24 and still Not being seen by medical staff for New symptoms to this day.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

every thing is documented on body camera, facility camera, and Greivences on tablet. Officers were reminded by myself to remember my 2:00 AM meds at 2:00 Lockdown, and my 10:00pm meds at 10:00 pm Lockdown. Almost every officer Purposely made me wait two or more hours or simply did Not bring them. after i asked for them officers would stand at the control room door for 20-45 minuits Looking at me and talking to the officer in the control room. Refusing to walk 15 steps to medical door to bring my meds. Purposely making me wait, while doing Nothing but talking. Over 38 times, and Not ordering a refill of my meds until a day later. Transport officers made excuses to my Neurologist, and my Neurologist had to tell him to be Quiet, and then to Please shut up while he was talking to his Patient. My Neurologist was upset that they could Not simply give my meds.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Since 7-5-24 my Lung's have had burning pain that has Not gone away. I experienced two Seizures - 7-29-24/8-13-24, that my Neurologist has stated were Not seizures but that i stopped breathing in my sleep (because of Not receiving my meds) that I went into convulsions and Luckily began to breath again. I have Not seen medical staff for Any of my New symptom's, they just tell me to tell my doctor at my Next Appointments, documented in Greivences on our tablets. I have only had a bowel movement once every 3-5 days since i have been here, Seizures, uncontrolable Shakes, burning pain in my Lung's, spots in my vision, headaches, and heart problems - racing heart rate while sitting or Laying down. Have Not spent a second in the medical room with staff over Any of it except to Put a heart monitor on.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

my health has deteriorated drastically over the past 8 month's, because I can not afford to pay my bail, and Not allowed to receive a medical O.R, or medical release to Attend my Appointments that would improve my condition, that the Jail denies me due to the cost to the Jail. I have what Appears to be Perminent Lung damage that i experience pain daily since 7-5-24. I would Like to be compensated for all of my hour's from my Job at aspen Adult services, All Approximated money from my Jewelry business, $100,000.00 in Permenant damages due to Neglect by officers/mistreatment of Prisoners, And for my bond to be paid in full, for denying me medical release due to the charges. and 50,000.00 for wrongfull imprisonment as No Law's were broken due to fictitious charges. for a total of $167,600.00 Also 100,000.00 from Steven Cornish for

100,000  UNlawfull arrest resulting in my Name being
$267,600.00  Slandered all over face book before i was ever convicted

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lewis and clark county detention center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of them, but they just substantiate them over and over.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

ON the tablet, in lewis and clark county detention center.

2. What did you claim in your grievance?

Threatened by officers just for asking for my travel oxygen tank for court. Then retaliated on by one of the threatening officers, who locked me down against a sergents orders, stating well he's Not there.

All of the Act's, Not giving my meds, Pain as a result, All New symptom's,

3. What was the result, if any?

Told me to tell it to my doctor at the Next Appointment, which are Scheduled A month out on purpose. When i had Appointment's almost weekly before incarciration.

they Just substantiate them to get rid of them, even when I ask to speak to a Lieutenant, or sergeant. They make them Not Appealable.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I have had them substantiated against my will by officers, even when i file a new Greivence. Now I don't even get a chance to Appeal and was told I would be rolled up from the honor Pod and Placed back in the medical pod.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.        If you did not file a grievance:

             1.    If there are any reasons why you did not file a grievance, state them here:

> The use of threat & force to Promote fear.
> Now i am told if i file a greivence i will be removed from the honor pod - for good inmates, and moved back to medical Pod.

             2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

> I always send in a greivence or medical request, they are all in the system on my tablet. Again they Just Substantiate them and tell me to address it with my doctor at my Next Appointment.

    G.       Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

　　1. Parties to the previous lawsuit
　　　Plaintiff(s) _____
　　　Defendant(s) _____

　　2. Court *(if federal court, name the district; if state court, name the county and State)*
　　　_____

　　3. Docket or index number
　　　_____

　　4. Name of Judge assigned to your case
　　　_____

　　5. Approximate date of filing lawsuit
　　　_____

　　6. Is the case still pending?
　　　☐ Yes
　　　☐ No
　　　If no, give the approximate date of disposition. _____

　　7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
　　　_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit
       Plaintiff(s) _____
       Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    3. Docket or index number

    4. Name of Judge assigned to your case

    5. Approximate date of filing lawsuit

    6. Is the case still pending?
       ☐ Yes
       ☐ No
       If no, give the approximate date of disposition _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-27-24

Signature of Plaintiff: *Jason Genaw*
Printed Name of Plaintiff: Jason Genaw
Prison Identification #: 62410-0526
Prison Address: Lewis and Clark Co. detention Center  221 Breckenridge Street
Helena    MT.   59601
City    State    Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____
City    State    Zip Code
Telephone Number _____
E-mail Address _____

my meds are directed by my doctor to be taken at 6:00 AM - 2:00 PM & 10:00 PM and Not to be ~~[illegible]~~ ...

5-11-24 unwilling to follow explicit doctor's orders of taking my meds at exact times, and was told I had to take my 10:00pm meds at 5:00pm.

5-12-24 - my 2:00 meds were given at 3:45 pm

5-14-24 - my 2:00pm meds were given at 3:15pm & 10:00pm meds given at 11:45 pm

5-15-24 - 6:00 AM meds given at 9:45 AM & 2:00pm meds given at 3:30 pm

5-17-24 - 2:00 pm meds given at 3:10 pm / the guard stood at the control room door for 20 min

5-20-24 - 2:00pm meds given at 3:19pm & 10:00 meds given at 11:25 pm

to be clear we have 2:00 pm lockdown and they could bring meds then but don't, and a 10:00 pm lockdown and can bring meds then and don't, but only certain guards did bring them.

5-21-24 - denied my rescue inhailer for two hours. woke up at 12:45 AM with bloody nose.

5-22-24 - 2:00pm meds given late as guard sat in control hub for 45 min = 3:17pm

**Arms & legs going Numb Requested to see Nurse →** 5-23-24 - 10:00pm meds given at 12:23 pm after reminding him at 8:00pm & 10:00pm lockdown

5-24-24 - 6:00 AM meds given at 9:45 AM & 10:00 pm meds given at 10:45 pm

when I remind the officers to bring meds the purposely make me wait every time.

5-25-24 - 10:00pm meds at 11:12 pm / Guard stood in control room door Looking at me 45 min

5-26-24 - denied my rescue inhailer totally, 2:00 pm meds at 3:45 pm & 10:00pm at 12:17pm

→ 5-27-24 - had chest pains, heart racing, heart rate taken = 126/85  O.2. = 89% / 10:00pm at 10:20pm

**Arm's & Legs still going Numb Still Not seen Nurse →** 5-28-24 - my oxygen condenser hose came unhooked at 1:45 i pushed the button for control hub and had to wait until 2:24pm to get it reconnected. 2:00pm meds given at 3:19 pm

5-29-24 - All guards brought meds on time, which all could, but refuse to.

5-30-24 - 2:00pm meds given at 3:15pm & 10:00pm meds at 10:45pm.

**Arms & legs still going Numb still No Nurse visit →** 5-31-24 - 6:00 AM meds at 9:13 AM & 2:00pm meds at 3:35 pm & 10:00 pm at 10:00 for a change.

6-1-24 - 2:00pm meds at 3:15 pm & 10:00pm at 11:07 pm on purpose.

6-2-24 - 2:00pm meds at 3:45 & 10:00pm meds at 11:27pm

6-3-24 - all med's on time, proves the can but wont.

6-4-24 - 10:00 pm meds at 11:25 pm

6-5-24 - 2:00pm meds at 3:07pm

**Arm's & legs still going Numb No Nurse visit** 6-7-24 - 2:00pm meds at 3:17pm & 10:00pm meds at 11:40pm

6-9-24 - 6:00 AM meds at 9:32 pm & 2:00pm at 3:45 pm & 10:00pm at 11:27pm

6-10-24 - went to my Neurologist Apointment finally, Dr. was mad at officers for not complying with dr orders, had to tell transport officer to shut up for trying to cover for his fellow officer's Neglegence. Doctor prescribed a new time released med for my benefit, as i need to be able to Breath.

Jewelry
P/,00 ○ both → 8,000.00
8,800.00 JOB

| | | |
|---|---|---|
| 1-10-25 | 6-12-24- | New med schedwel 8:00am & 5:00pm to better serve my health. |
| 3:00 pm until | 6-13-24- | 11:15pm |
| 3:45 pm = experienced | 6-14-24- | 11:27pm |
| Pain in my Lung's | 6-15-24- | 11:45pm Now my 10:00 pm inhailer is being purposeful\* given late |
| related to when | 6-17-24- | 11:35pm it is for my sleep apnea, so i can not go to bed at 10:00 pm and |
| i was refused my | 6-20-24- | 12:15pm Slamming the door so i can not sleep. |
| meds and belittled | 6-29-24- | Still having blackspots in vision/arm's & legs still going Numb/ No Nurse yet. |
| and locked down | 7-1-24- | Finally moved from the floor to a bunk. |
| for asking for | 7-5-24- | was Not woke up for my meds at 8:00AM /officer Cook Asked me how old |
| my med's. | | am I, referring to me as a baby, then Locked me down for asking for my meds after telling me I dont have parkinsons, slamming the door in my face. |

7-29-24- 3:50 AM had a seizure for the first time in my Life.
8-13-24- had a second seizure from 1:30 AM until 1:45 Am. witnessed by officer's & inmates. Still have Not Seen a Nurse.
8-26-24- Still having black spot's in my vision, Still having my arm's & Leg's going Numb and Not a Single trip to the Nurse.
9-1-24- had uncontrolable shakes with Pain from 8:00pm until 10:51pm still have Not Seen the Nurse for symptom's or Seizures. I have only had a B.M. once every 3-5 day's since i have been here. Frequent chest pain's, APointments denied due to cost to the Jail.
10-29-24 did Not order my Parkinsons meds on time and Now i have to go two days without them. More suffering 10-29-24 - 10-30-24/ 10-30-24 - 2:10 pm I Am having increased shaking and Pain in my Lung's, Still do Not have my med's.
11-1-24 burning Pain in my Lungs. Uncontrolable shakes
11-5-24 LUNG Pain burning, heart beating hard, Lightheaded
11-7-24 shaking bed Pain in Lungs
11-12-24 burning Pain in Lung's. BM every 3-5 day's still
The 8th ammendment protects from overcrowding, I was on the floor in b pod for almost two month's, B Pod is an 8 man pod which almost always has 10-14 people crowded and 2-6 people on the floor at any time.
11-13-24 burning Pain in Lung's, Shakes.
11-15- Burning Pain in Lung's, Uncontrolable shakes. Heart racing
12-26-24 Still burning Pain in my Lung's, Uncontrolable shakes and Heart racing and Not a second spent in medical with medical staff.

12-31-24, the outlet that run's my oxygen condenser blew after 6:30 to 7:00 AM. It was fixed because officer Cranmer came immediately and ran the extention cord out of the secondary door to a Plug for me. Then again on 12-31-24 at 9:00 AM the outlet blew a second time, i told officer Zimmerman who was in the control hub told me to tell the Next officer. Instead of using her radio to Notify the officer on Post, she Ignored the situation. Waited 20 minuite's for the Post officer, Still No oxygen condenser Power. This has been the treatment since my arrest on 5-2-24. Nothing but disrespect, Lazy, intentional form's of Punishment. So the Post arrive's and i asked if she was told ony thing and officer martian said No one told her (Zimmerman) this Kind of abuse happen's daily here. 10:00 am and still No oxygen. I am getting a headache, and my eyes won't stop tearing up, from Yawning. Lack of oxygen to the brain.

@ 1-10-24 Still experiencing Lung Pain - burning & Hurts to breath. Still have Not been seen by medical staff.
Had a brain MRI and brain e EG and have Not been shown my results. Medical staff claim's the hospital has Not Sent them yet, After St. Peter's told me they were sending them immediately to the Jail per my request,

I have been experiencing Lung Pain Since 7-5-24 when i was denied my meds. My Neurologist equated the two seizures i had to me stopping breathing and experiencing convulsion's that Kick started my breathing, Due to Not properly getting my medication. DR. David tuller - Neurologist at St. Pete's broadway Clinic. All Greivances are Automatically sustained with No way to Appeal them.