UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

| | |
|---|---|
| JASON GENAW, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 25-05-H-DWM |
| vs. | |
| OFFICER CLINE, et al. | |
| Defendants. | |

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of February 25, 2025 (Doc. 8), this action is DISMISSED.

    Dated this 31st day of March, 2025.

                                          TYLER P. GILMAN, CLERK

                                          By: /s/ T. Gesh
                                          T. Gesh, Deputy Clerk